# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMP DEVELOPMENT, LLC, ) | |
| ) | C.A. No. |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMNEAL PHARMACEUTICALS LLC, ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee(s) Received Notice: 03/5/2021 and 3/25/2021

Date of Expiration of Patent: All patents - 10/28/2036

Thirty Month Stay Deadline: 9/5/2023

OF COUNSEL:

Christopher J. Sorenson
Karen L. Beckman
MERCHANT & GOULD PC
150 South Fifth St., Suite 2200
Minneapolis, MN 55402
csorenson@merchantgould.com
(612) 332-5300
csorenson@merchantgould.com
kbeckman@merchantgould.com

Andrew O. Larsen
MERCHANT & GOULD PC
767 Third Avenue, Suite 23C
New York, NY 10017
(212) 223-6520
alarsen@merchantgould.com

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com
Renée Mosley Delcollo (#6442)
delcollo@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff CMP Development LLC*

Dated: April 16, 2021