# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMP DEVELOPMENT, LLC, | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-549-MN |
| v. | ) |
| AMNEAL PHARMACEUTICALS LLC, | ) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

WHEREAS, plaintiff CMP Development, LLC and defendant Amneal Pharmaceuticals LLC have exchanged drafts of the trial transcript errata and are engaged in attempting to resolve objections regarding the competing drafts;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline to submit the trial transcript errata is extended through and including February 3, 2023.

| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Tyler E. Cragg | /s/ Samantha G. Wilson |
| Kelly E. Farnan (#4395) | Anne Shea Gaza (#4093) |
| Tyler E. Cragg (#6398) | Samantha G. Wilson (#5816) |
| One Rodney Square | 1000 North King Street |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 571-6600 |
| (302) 651-7700 | agaza@ycst.com |
| farnan@rlf.com | swilson@ycst.com |
| cragg@rlf.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Amneal Pharmaceuticals LLC* |
| *CMP Development, LLC* | |

Dated: February 2, 2023

IT IS SO ORDERED this _____ day of February, 2023.

_____
United States District Judge