UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMP DEVELOPMENT, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-549 (MN) |
| AMNEAL PHARMACEUTICALS LLC, | ) ) ) |
| Defendant. | ) |

## JOINT EXHIBIT & WITNESS LIST [LOCAL VERSION]

| PRESIDING JUDGE<br>Judge Maryellen Noreika | PLAINTIFF'S COUNSEL<br>Kelly E. Farnan – Richards, Layton & Finger, PA<br>Christopher J. Sorenson – Merchant & Gould PC | REPORTER<br>Dale Hawkins |
|---|---|---|
| DATES OF TRIAL<br>1/13/2023 & 1/18/2023 | DEFENDANT'S COUNSEL<br>Anne Shea Gaza – Young Conaway Stargatt & Taylor, LLP<br>Steven A. Maddox – Procopio, Cory, Hargreaves & Savitch LLP | COURTROOM DEPUTY<br>Mark Buckson |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| JTX 1 | | | 1/13/23 | Yes | Yes | Certified Copy of US Patent 10,624,906 | Mr. Pipho |
| JTX 2 | | | 1/13/23 | Yes | Yes | Certified Copy of US Patent 10,660,907 | Dr. Jonnalagaddan |
| JTX 3 | | | 1/13/23 | Yes | Yes | Certified copy of US Patent 10,888,570 | Dr. Jonnalagaddan |
| JTX 4 | | | 1/18/23 | Yes | Yes | Certified File History for 10,624,906 | Dr. Moreton |
| JTX 5 | | | 1/13/23 | Yes | Yes | Certified File History for 10,493,083 | Dr. Jonnalagaddan |
| JTX 7 | | | 1/18/23 | Yes | Yes | Certified File History for 10,660,907 | Dr. Moreton |
| JTX 8 | | | 1/13/23 | Yes | Yes | Certified File History for 9,757,394 | Mr. Pipho |
| JTX 9 | | | 1/18/23 | Yes | Yes | Certified File History for 10,888,570 | Dr. Moreton |
| JTX 10 | | | 1/18/23 | Yes | Yes | Hardik Patel Linked In CV | Mr. Patel |
| JTX 13 | | | 1/18/23 | Yes | Yes | Powerpoint Spironolactone kick off meeting with strategies including business case 22 Nov 2019 | Mr. Patel |
| JTX 19 | | | 1/18/23 | Yes | Yes | Powerpoint Overview 27 Jan 2020 with Spironolactone viscosity and formulation trials overview 18 May 2020 | Mr. Patel |
| JTX 27 | | | 1/13/23 | Yes | Yes | Amneal lab notebook 14665 | Dr. Jonnalagaddan |
| JTX 28 | | | 1/18/23 | Yes | Yes | ANDA 215572 Sequence 0008 raw specification tragacanth powder 16 Jul 2021 | Mr. Patel |
| JTX 31 | | | 1/18/23 | Yes | Yes | ANDA 215572 Sequence 0001 3.2.P.5.6 Justification of finished product specification | Mr. Patel |
| JTX 35 | | | 1/13/23 | Yes | Yes | Dr. Jonnalagadda CV | Dr. Jonnalagaddan |
| JTX 38 | | | 1/13/23 | Yes | Yes | Dr. Jonnalagadda Opening Expert Report - Narrative only | Dr. Jonnalagaddan |
| JTX 39 | | | 1/13/23 | Yes | Yes | Dr. Jonnalagadda Reply Expert Report - Narrative only | Dr. Jonnalagaddan |
| JTX 48 | | | 1/13/23 | Yes | Yes | 3.2.P.2 Pharmaceutical Development Report | Dr. Jonnalagaddan |
| JTX 52 | | | 1/13/23 | Yes | Yes | "Development of a stable oral liquid dosage form of spironolactone," Pramar, et al., Journal of Clinical Pharmacy and Therapeutics (1992) 17. 245-248 | Dr. Jonnalagaddan |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| JTX 65 | | | 1/18/23 | Yes | Yes | "Other exudates: tragancanth, karaya, mesquite gum and larchwood arabinogalactan, " Lopez-Franco, et al., Handbook of hydrocolloids Second Edition, Edited by Zheng - 2009` | Dr. Moreton |
| JTX 66 | | | 1/18/23 | Yes | Yes | "Tragacanth," Telang 2012 | Dr. Moreton |
| JTX 67 | | | 1/18/23 | Yes | Yes | "Xanthan Gum," Shah 2012 | Dr. Moreton |
| JTX 70 | | | 1/18/23 | Yes | Yes | Stephen, et al 1995 Food Polysaccharides and Their Applications Second Edition | Dr. Moreton |
| JTX 72 | | | 1/18/23 | Yes | Yes | "Physicochemical, Rheological and Structural Characteristics of Alcohol Precipitated Fraction of Gum Tragacanth, " Kurt, Food and Health, 4(3), 183-193 (2018) • DOI: 10.3153/FH18019 | Dr. Moreton |
| JTX 73 | | | 1/18/23 | Yes | Yes | "A Wish List for Drug Development in Pediatrics," Meyers, Journal of Pharmaceutical Sciences 109 (2020) 939-943 | Dr. Moreton |
| JTX 74 | | | 1/13/23 | Yes | Yes | "Stability of Extemporaneously Prepared Mixtures of Metoprolol and Spironolactone," Peterson, et al., Australian Journal of Hospital Pharmacy Volume 19, No. 6, 1989. | Dr. Jonnalagaddan |
| JTX 79 | | | 1/18/23 | Yes | Yes | "Final Report on the Safety Assessment of Tragacanth Gum," Liebert, JOURNAL OF THE AMERICAN COLLEGE OF TOXICOLOGY Volume 6, Number 1 (1987) | Dr. Moreton |
| JTX 93 | | | 1/18/23 | Yes | Yes | Chapter 3 - "Commonly Used Excipients in Pharmaceutical Suspensions," Moreton, A.K. Kulshreshtha et al. (eds.), Pharmaceutical Suspensions: From Formulation Development to Manufacturing | Dr. Moreton |
| | PTX 20 | | 1/13/23 | Yes | Yes | Highlights of Prescribing Information CAROSPIR® | Mr. Pipho |
| | PTX 29 | | 1/13/23 | Yes | Yes | Section 1.14.1.1: Draft Container Labels | Mr. Pipho |
| | | DTX 1 | 1/18/23 | Yes | Yes | Certified Copy of U.S. Patent No. 9,757,394 | Dr. Moreton |
| | | DTX 2 | 1/18/23 | Yes | Yes | Certified Copy of U.S. Patent No. 10,493,083 | Dr. Moreton |
| | | DTX 52 | 1/13/23 | Yes | Yes | Module 3 Section 3.2.P.2 Pharmaceutical Development Report | Mr. Pipho |
| | | DTX 53 | 1/13/23 | Yes | Yes | Lab Notebook D1401, Product Development, Spironolactone Suspension | Mr. Pipho |
| | | DTX 55 | 1/13/23 | Yes | Yes | USPTO Declaration of Anthony Pipho, Appln. No. 15/337,559 | Mr. Pipho |
| | | DTX 144 | 1/18/23 | Yes | Yes | Richard Christian Moreton CV | Dr. Moreton |
| | | DTX 150 | 1/13/23 | Yes | Yes | Coarse Dispersions | Dr. Jonnalagaddan |
| | X | | 1/13/23 | | | Testimony of Anthony Pipho | |
| | X | | 1/13/23 | | | Expert testimony of Dr. Kamal Jonnalagadda | |
| | | X | 1/18/23 | | | Testimony of Hardik Patel | |
| | | X | 1/18/23 | | | Expert testimony of Dr. Richard Christian Moreton | |