# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CMP DEVELOPMENT, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMNEAL PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-549-MN |

## NOTICE OF LODGING OF MULTIMEDIA

Notice is hereby given that the documents listed below are being provided to Chambers via an e-mail link in electronic form only, and to the clerk's office via flash drives.

1) Amneal Pharmaceuticals LLC's Hyperlinked Answering Post-Trial Brief (D.I. 114); and

2) Amneal Pharmaceuticals LLC's Hyperlinked Proposed Findings of Fact (D.I. 115).

Dated: March 20, 2023

OF COUNSEL:

Steven A. Maddox
Jeremy J. Edwards
PROCOPIO, CORY, HARGREAVES
 & SAVITCH LLP
1050 Connecticut Ave., NW, Suite 500
Washington, DC 20036
(202) 830-0707
Steven.Maddox@procopio.com
Jeremy.Edwards@procopio.com

Victor Sai
Dave Deonarine
Lianlian Wu
PROCOPIO, CORY, HARGREAVES

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ Samantha G. Wilson
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*
*Amneal Pharmaceuticals LLC*

& SAVITCH LLP
12544 High Bluff Drive, Suite 400
San Diego, CA 92130
858.720.6337
Victor.Sai@procopio.com
Dave.Deonarine@procopio.com
Lianlian.Wu@procopio.com

30206784.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2023, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL and HAND DELIVERY:**

Kelly E. Farnan
Tyler E. Cragg
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
farnan@rlf.com
cragg@rlf.com

**BY EMAIL:**

Christopher J. Sorenson
Paige S. Stradley
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
csorenson@merchantgould.com
pstradley@merchantgould.com

Andrew O. Larsen
MERCHANT & GOULD P.C.
767 Third Avenue, 23rd Floor
New York, NY 10017
alarsen@merchantgould.com

*Attorneys for Plaintiff CMP Development, LLC*

Dated: March 20, 2023

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

 /s/ Samantha G. Wilson
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*