IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMP DEVELOPMENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-549 (MN) |
| | ) |
| AMNEAL PHARMACEUTICALS LLC, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

This 11th day of October 2023, for the reasons set forth in the Memorandum Opinion issued on September 29, 2023 (D.I. 123), IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Defendant Amneal Pharmaceuticals LLC ("Amneal"), and against Plaintiff CMP Development, LLC, that the products that are the subject of Amneal's ANDA No. 215572 will not infringe claims 1 and 8 of United States Patent No. 10,624,906, claims 1 and 10 of United States Patent No. 10,660,907 and claims 1 and 7-10 of United States Patent No. 10,888,570.

_____
The Honorable Maryellen Noreika
United States District Judge